**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

R&B REALTY GROUP, LIMITED PARTNERSHIP
AND OAKWOOD CORPORATE HOUSING, INC.

      v.                         CIVIL NO.  3:04 cv 766 (PCD)

JEANNE ANN HEISER

### JUDGMENT

This action came on for consideration before the Honorable Peter C. Dorsey, Senior United States District Judge, on a Stipulated Judgment (Doc. #85) filed on September 2, 2004.  On September 23, 2004, the Court entered an Order directing that judgment shall enter in accordance with the Stipulated Judgment.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in accordance with the  Stipulated Judgment and the case is hereby closed.

Dated at New Haven, Connecticut this 28th day of September, 2004.

KEVIN F.  ROWE, CLERK
By

 /s/

Patricia A. Villano
Deputy Clerk

EOD: _____